# STATE OF MICHIGAN

# COURT OF APPEALS

MICHAEL WALLACE,

       Plaintiff-Appellant,

v

DAVID A. MONROE and DAVID A. MONROE,
PLLC,

       Defendants,

and

WILLIAM J. OLIVER, DAVID S. HAMMOND,
HAMMOND & OLIVER, PC, HAMMOND LAW
FIRM, PLLC, and OLIVER & ASSOCIATES,
PLLC,

       Defendants-Appellees.

UNPUBLISHED
December 17, 2015


No. 322599
Livingston Circuit Court
LC No. 13-027549-NM

Before: METER, P.J., and BORRELLO and BECKERING, JJ.

BECKERING, J. (*concurring*).

      I concur in result only.


                    /s/ Jane M. Beckering

-1-